# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146815-6

SAMANTHA FOLTZ,
      Plaintiff-Appellee,

v

CHAD CZERNESKI,
      Defendant-Appellant.

SC: 146815
COA: 313528
Ingham CC: 99-014099-DP

_____/

AMI DAILY,
      Plaintiff-Appellee,

v

CHAD CZERNESKI,
      Defendant-Appellant.

SC: 146816
COA: 313532
Ingham CC: 99-010966-DP

_____/

On order of the Court, the application for leave to appeal the January 25, 2013 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013

Clerk

s0826